# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2006

131661

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE LUCINDA JANE WARD and KIMMIE
YVONNE PUFFER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

                          SC: 131661
                          COA: 266967
                          Muskegon CC
                          Family Division: 04-033231-NA

TERESA MARIE PUFFER,
       Respondent-Appellant,

and

KEITH DAVID PUFFER and DAVID SMITH,
       Respondents.

_____/

      On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2006

_____
Clerk

s0808